

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Cynthia G. Ruddick; David R. Rasco;
and Alien Manufacturing, Inc.,

\* From the County Court at Law
  of Ector County,
  Trial Court No. CC-23,487.

Vs. No. 11-23-00285-CV

\* January 11, 2024

E & E Service & Supply, Inc.,

\* Memorandum Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered Appellants' unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.